No. 90–7394.  DOUGALL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7470.  DUENAS-ZARAGOZA, AKA MENO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–7491.  SCOTT *v.* DELO ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–7539.  HORTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–7562.  MANNING *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–7563.  HICKEY *v.* UNITED STATES; and
No. 90–7591.  KAVANAGH *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 90–7566.  NOVEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–7626.  BIBO-RODRIGUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–7629.  HARDISON *v.* BRAXTON, COLONEL, UNITED STATES DISCIPLINARY BARRACKS, FORT LEAVENWORTH, KANSAS.  C. A. 10th Cir.  Certiorari denied.

No. 90–7665.  CHAVIRA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–7678.  PRICE *v.* WILLIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 90–7687.  PAITSEL *v.* MISSISSIPPI ET AL.  Sup. Ct. Miss. Certiorari denied.

No. 90–7717.  SANDERS *v.* DISTRICT OF COLUMBIA ET AL. C. A. 4th Cir.  Certiorari denied.

No. 90–7726.  HENDRICKS *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir.  Certiorari denied.